JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road
Suite 250
Melville, NY 11747
Phone: 631-247-0404
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

November 17, 2026

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Court approves the schedule as proposed. The Initial Pretrial Conference scheduled for November 24, 2026 is adjourned sine die.

11/18/2026

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re: *Violante v. JTEC Holdings Inc. et al*
Civil Case No.: 1:26-cv-06947 (LJL)

Dear Judge Liman:

As counsel for Defendant JTEC Holdings Inc. ("Defendant"), we write jointly regarding case management in this matter. In light of recent developments, the parties respectfully request that the Initial Pretrial Conference currently scheduled for November 24, 2026, and the deadline for submission of the proposed Case Management Plan and Scheduling Order be adjourned as follows.

On November 2, 2026, Defendant provided Plaintiff with a copy of the agreement to arbitrate governing the instant dispute and a proposed stipulation staying this matter in favor of arbitration in conformity with the agreement. Plaintiff has advised that she does not believe the arbitration agreement is enforceable and, that prior to briefing the issue, she intends to file an amended complaint, including additional claims for sex discrimination, and has requested additional time to do so. Defendant does not oppose Plaintiff's request for additional time in connection with a proposed amendment as of right, but vigorously opposes any such amendment on the merits.

The parties believe that addressing the amended complaint and any threshold arbitrability issues before proceeding with scheduling and discovery will promote efficiency and conserve the resources of both the Court and the parties.

Accordingly, the parties respectfully propose the following schedule:

- Plaintiff shall file her amended complaint on or before December 4, 2026.
- Defendant shall move to compel arbitration or otherwise respond to the amended complaint on or before January 5, 2027.
- Plaintiff shall file any opposition, if necessary, on or before January 19, 2027.
- Defendant shall file any reply on or before January 26, 2027.

The parties respectfully request that the Initial Pretrial Conference (*see* ECF No. 14) and related scheduling obligations be adjourned pending resolution of Defendant's anticipated motion to compel arbitration, if filed.

We thank the Court for its consideration.

Respectfully submitted,

JACKSON LEWIS, P.C.

s/ Libbi L. Vilher

Noel P. Tripp
Libbi L. Vilher

cc: All Counsel of Record (*via* ECF)